AO 238 (Rev 03 11) Arrest Warrant and Notice Before Arrest

# UNITED STATES DISTRICT COURT

FILED / LODGED / ENTERED / RECEIVED

OCT 2012

for the

## DISTRICT OF MARYLAND

2012 OCT -2 P 2:29

United States of America

v.

LETOURNEAU, ELIZABETH C
1100 WYTHE ST

ALEXANDRIA, VA 22313

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| MY10 | R3303787 | 07/29/2012 |
| Offense(s) | | Amount Due |
| DRIVING UNINSURED VEHICLE<br><br>FTA 9/24/2012 - 12-0348/12-4119 | | APPEARANCE REQUIRED |

CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND DEPUTY

FILED
AUG 20 2013
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## ARREST WARRANT

Case: 1:13-mj-0642
Assigned To : Magistrate Judge Alan Kay
Assign. Date : 08/20/2013
Description: Removal from Maryland

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: Sept 28, 2012

*Judge's signature*
HON. CHARLES B. DAY

### Return

Received Date: 8/20/2013 Location: Washington, DC

*Executed by the arrest of the defendant*

Arrested Date: 8/20/2013 Location: Washington, DC

Name: Stokes, A Title: DUSM District: DC/DC

Date: 8/20/2013 Signature: [signature]